UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL ANDREW VINET | CIVIL ACTION |
| VERSUS | NO: 14-1765 |
| DR. SMITH, et al. | SECTION: R(3) |

**ORDER AND REASONS**

Before the Court is Daryl Vinet's 42 U.S.C. § 1983 civil rights complaint,[1] defendants' unopposed Motion to Dismiss for Failure to State a Claim,[2] and the Magistrate Judge's Report and Recommendation ("R&R") that Vinet's petition be dismissed with prejudice.[3] The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.

Accordingly,

Defendants' motion is GRANTED.

Daryl Vinet's civil rights complaint is DISMISSED WITH PREJUDICE. Any remaining state law claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __26th__ day of January, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 7.

[2] R. Doc. 14. Because the Magistrate Judge considered documents outside of Vinet's complaint, the motion to dismiss must be treated as one for summary judgment. *See* Fed. R. Civ. P. 12(d).

[3] R. Doc. 16.